ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

FILED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

BRIAN D. ANDERSON,

    Petitioner,

    v.

FRANK X. CHAVEZ, Warden,

    Respondent.

)
)
)
)
)
)
)
)
)

Case No.  CV 13-06676 AN

JUDGMENT

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

Dated:  January 10, 2014

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE